UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**04 11010 PBS** CIVIL ACTION NO.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
BARBARA PERCIVAL            MAGISTRATE JUDGE Alexander
\*
v.                          \*
                            \*
                            \*    RECEIPT #_____
MARINER MOTOR LODGE, INC.,  \*    AMOUNT $ 150
INFINITY TOURS, INC., and   \*    SUMMONS ISSUED YES
P.M.L. GROUP & TOURS, INC.  \*    LOCAL RULE 4.1  1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    WAIVER FORM_____
                                 MCF ISSUED_____
                                 BY DPTY. CLK. V-O·M
         **PLAINTIFF'S COMPLAINT**    DATE 5 19 04

### THE PARTIES

1. The plaintiff, Barbara Percival, is a resident of Holmes, Pennsylvania.

2. The defendant, Mariner Motor Lodge, Inc., is a Massachusetts Corporation, with a principal place of business located in West Yarmouth, Massachusetts.

3. The defendant, P.M.L. Group & Tours, Inc., is a New Jersey corporation with a principal place of business in Evesham Township, New Jersey and is subject to the personal jurisdiction of this Court pursuant to the provisions of M.G.L. c. 233A, the Massachusetts "Long-Arm Statute" for transactions in business in the Commonwealth and causing tortious injury by an act or omission in the Commonwealth.

4. The defendant, Infinity Tours, Inc., is a New Jersey corporation with a principal place of business in Wallington, New Jersey and is subject to the personal jurisdiction of this Court pursuant to the provisions of M.G.L. c. 233A, the Massachusetts "Long-Arm

Statute" for transactions in business in the Commonwealth and causing tortious injury by an act or omission in the Commonwealth.

## JURISDICTION AND VENUE

5.  Jurisdiction is present pursuant to 28 USC § 1332 based on diversity of citizenship involving a matter in controversy that exceeds the value of $75,000.00.

6.  Venue is present pursuant to 28 USC § 1391(a)(2) in that a substantial part of the acts or omissions giving rise to this claim occurred within the jurisdictional district in which this case is filed.

## THE FACTS

7.  On or about the Spring of 2002, the All House Senior Center of Folsom, Pennsylvania, arranged and/or contracted with the defendant P.M.L. Group & Tours, Inc., for a trip to Mariner Motor Lodge, in West Yarmouth, Massachusetts.

8.  The defendant, P.M.L. Group & Tours, Inc., in turn arranged and/or contracted with the Defendant, Infinity Tours, Inc., to provide a tour bus for the trip.

9.  The plaintiff, a volunteer tour director for the center, and a group of seniors from the center arrived at the Mariner Motor Lodge on or about May 20, 2002 with a scheduled departure date of May 23, 2002.

10. In the early evening of May 21, 2002, the bus was located at the back entrance to the Lodge, and the plaintiff, who with all due care, was assisting the seniors into the bus, stepped back to provide more room to one of the seniors boarding the bus, tripped

on a protruding tree root, fell, and severely injured her wrist resulting in permanent injury and disability.

## COUNT I

### (Negligence)

### (Barbara Percival v. Mariner Motor Lodge, Inc.)

11. That at the aforementioned time, date and place, the defendant, Mariner Motor Lodge, Inc., through its agents, servants and/or employees owned and maintained control over the premises known as the Mariner Motor Lodge, including the entrance area behind the lodge and the surrounding area.

12.  That the defendant, Mariner Motor Lodge, Inc., through its agents, servants and/or employees failed to adequately and safely maintain the area in which the plaintiff fell.

13.  That prior to and at the time of the plaintiff's fall, the defendant, Mariner Motor Lodge, Inc., through its agents, servants, and/or employees knew or should have know of the defective and dangerous condition of the subject area.

14.  As a direct and proximate result of the defendant, Mariner Motor Lodge, Inc.'s negligence the plaintiff, Barbara Percival, suffered severe injuries, including but not limited to fracture of her wrist, continuing dysfunction of her wrist, pain and suffering, incurred medical and hospital expenses, was unable to perform her usual activities, and was otherwise injured, all as will be shown at the trial of this action.

WHEREFORE, plaintiff, Barbara Percival demands judgment against the defendant, Mariner Motor Lodge, Inc., in the sum of $100,000.00.

## COUNT II

### (Negligence)

### (Barbara Percival v. Infinity Tours, Inc.)

15. Plaintiff realleges and restates herein each and every allegation of paragraphs one through ten, supra.

16. That the defendant, Infinity Tours, Inc., through its agents, servant and/or employee knew or should have known that it parked the tour bus in an unsafe and dangerous area for the boarding and unboarding of its passengers.

17. That as a result of the defendant's negligence, the plaintiff fell while assisting others onto the bus.

18. As a direct and proximate result of the defendant, Infinity Tours, Inc., 's negligence, the plaintiff, Barbara Percival, suffered severe injuries, including but not limited to fracture of her wrist, continuing dysfunction of her wrist, pain and suffering, incurred medical and hospital expenses, was unable to perform her usual activities, and was otherwise injured, as will be shown at the trial of this action.

WHEREFORE, plaintiff, Barbara Percival demands judgment against the defendant, Infinity Tours, Inc., in the sum of $100,000.00.

## COUNT III

### (Negligence)

### (Barbara Percival v. P.M.L. Group & Tours, Inc.)

19. Plaintiff realleges and restates herein each and every allegation of paragraphs one through ten, supra.

20. That the defendant, P.M.L. Group & Tours, Inc., is vicariously liable for the negligence of its agent, servant, and/or employee, Infinity Tours, Inc., in parking the tour bus in an unsafe and dangerous area for the boarding and unboarding of passengers.

21. That the defendant, P.M.L. Group & Tours, Inc., through its agent, servant and/or employee instructed the defendant, Infinity Tours, Inc., to park in an unsafe and dangerous area for the boarding and unboarding of its passengers.

22. As a direct and proximate result of the defendant, P.M.L. Group & Tours, Inc.'s negligence, the plaintiff, Barbara Percival, suffered severe injuries, including but not limited to fracture of her wrist, continuing dysfunction of her wrist, pain and suffering, incurred medical and hospital expenses, was unable to perform her usual activities, and was otherwise injured, as will be shown at the trial of this action.

WHEREFORE, plaintiff, Barbara Percival demands judgment against the defendant, P.M.L. Group & Tours, Inc., in the sum of $100,000.00.

**Plaintiff demands a trial by jury on each and every issue raised herein.**

Dated: May 19, 2004                The Plaintiff, BARBARA PERCIVAL,
                                   By her attorney,
                                   JOSEPH G. ABROMOVTIZ, P.C.

                                   _____
                                   Joseph G. Abromovitz
                                   BBO NO. 011420
                                   858 Washington St., 3rd Fl.
                                   Dedham, MA 02026
                                   PHONE: (781) 329-1080

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **Barbara Percival v. Mariner Motor Lodge, Inc., et al.**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [x] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

   **04 11010 PBS**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   **N/A**

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [x]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [x]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [x]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME **Joseph G. Abromovitz**
ADDRESS **858 Washington St., 3rd Fl., Dedham, MA 02026**
TELEPHONE NO. **(781) 329-1080**

(Coversheetlocal.wpd - 10/17/02)

≈JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Barbara Percival

## DEFENDANTS
Mariner Motor Lodge, Inc., Infinity Tours, Inc., and P.M.L. Group & Tours, Inc.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Joseph G. Abromovitz
858 Washington St., 3rd Fl.
Dedham, MA 02026   (781)329-1080

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury—Med. Malpractice
- ☐ 365 Personal Injury—Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Action for personal injuries by citizen of PA against a MA corporation & foreign corporations.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 100,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE May 19, 2004
SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____