AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

District of _____

2004 JUL 13 P 12: 40

Barbara Percival

v.

Mariner Motor Lodge, Inc.,
Infinity Tours, Inc., and
P.M.L. Group & Tours, Inc.

**SUMMONS IN A CIVIL ACTION**
DISTRICT OF MASS.

CASE NUMBER: 04 11010 PBS

TO: (Name and address of Defendant)

Mariner Motor Lodge, Inc.
573 Main Street
West Yarmouth, MA 02673

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph G. Abromovitz
Law Office of Joseph G. Abromovitz, P.C.
858 Washington Street, Third Floor
Dedham, MA 02026

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

JULY 19 2004

DATE

(By) DEPUTY CLERK

**Barnstable County Sheriff's Office**

I hereby certify and return that on July 7, 2004, I served the within Summons, Complaint, Civil Action Cover Sheet and Category Sheet, on Mariner Motor Lodge, Inc., by delivering an attested copy thereof, in hand, to Amber Perkins, Assistant Manager and agent in charge to accept civil process for Mariner Motor Lodge, Inc., at 1:14 p.m., at 573 Main Street, West Yarmouth, MA  02673.

S 46.40

*(signature)*

Thomas R. Pennypacker II, Deputy Sheriff
PO Box 391, Harwichport, MA  02646

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|--------|----------|-------------|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.