UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*********************************
BARBARA PERCIVAL.,               *
     Plaintiff,                  *
                                 *
v.                               *   C.A. No.: 04-11010 PBS
                                 *
MARINER MOTOR LODGE, INC.,       *
INFINITY TOURS, INC., AND        *
P.M.L. GROUP & TOURS, INC.,      *
     Defendants.                 *
*********************************
```

## APPEARANCE OF COUNSEL

Now comes Michael J. St. Andre of the law firm of Tucker, Heifetz & Saltzman, LLP and files his appearance on behalf of the Defendant, Infinity Tours, Incorporated, in the captioned matter.

                                        Defendant,
                                        INFINITY TOURS, INC.
                                        By their attorneys,

                                        /s/ Michael J. St. Andre
                                        Michael J. St. Andre, BBO#630278
                                        Tucker, Heifetz & Saltzman, LLP
                                        Three School Street
                                        Boston, MA 02108
                                        (617) 557-9696

## CERTIFICATE OF SERVICE

I hereby certify that I have on July 30, 2004, I served the within:

APPEARANCE OF COUNSEL

by mailing a copy of same, postage pre-paid to the following counsel of record:

Joseph G. Abromovitz, Esquire
85 Washington Street, 3rd Floor
Dedham, MA 02026

_____
Michael J. St. Andre, BBO#630278
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696