UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
***********************************
BARBARA PERCIVAL.,                 *
     Plaintiff,                    *
                                   *
v.                                 *   C.A. No.: 04-11010 PBS
                                   *
MARINER MOTOR LODGE, INC.,         *
INFINITY TOURS, INC., AND          *
P.M.L. GROUP & TOURS, INC.,        *
     Defendants.                   *
***********************************
```

## ANSWER AND JURY CLAIM OF THE DEFENDANT IN CROSS CLAIM, INFINITY TOURS, INC. TO THE PLAINTIFF IN CROSS CLAIM, MARINER MOTOR LODGE, INC.'S CROSS CLAIM

### COUNT I: CONTRIBUTION BY INFINITY TOURS, INC.

1. The defendant in cross claim, Infinity Tours, denies the allegations contained in this paragraph.

2. The defendant in cross claim, Infinity Tours, denies the allegations contained in this paragraph.

### COUNT II: CONTRIBUTION BY P.M.L. GROUP & TOURS, INC.

3. The defendant in cross claim, Infinity Tours, states that no response to the allegations in this paragraph is required, as the allegations do not pertain to this defendant in cross claim. To the extent the allegations do pertain to the defendant in cross claim, Infinity Tours, the defendant in cross claim denies the allegations.

4. The defendant in cross claim, Infinity Tours, states that no response to the allegations in this paragraph is required, as the allegations do not pertain to this defendant in cross claim. To the extent the allegations do pertain to the defendant in cross claim, Infinity Tours, the defendant in cross claim denies the allegations.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The defendant in cross claim says that the injuries or damages alleged were caused in whole or in part by the plaintiff in cross claims' own negligence.

### SECOND AFFIRMATIVE DEFENSE

The defendant in cross claim says that if it is found to be negligent, which negligence it expressly denies, the negligence of the plaintiff in cross claim was greater than the negligence of the defendant in cross claim, and for that reason the plaintiff in cross claim is not entitled to recover.

### THIRD AFFIRMATIVE DEFENSE

The defendant in cross claim says that if the plaintiff sustained damages as alleged, such damages were caused by a person or persons for whose conduct the defendant in cross claim was not legally responsible and for this reason, it is not liable to the plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

The defendant in cross claim states that if it is found to be negligent, which negligence it expressly denies, the defendant in cross claim's liability has been terminated by the intervening acts, omissions, or negligence of others for whose conduct the defendant in cross claim is not legally responsible.

### FIFTH AFFIRMATIVE DEFENSE

The defendant in cross claim states that cross claim fails to state a claim upon which relief may be granted and should therefore be dismissed pursuant to Mass. R. Civ. P. 12(b) (6).

### SIXTH AFFIRMATIVE DEFENSE

The defendant in cross claim intends to rely on such other defenses as are appropriate and are revealed during this litigation.

## JURY CLAIM

The Defendant, Infinity Tours, Inc., demands a trial by jury for all issues.

Defendant,
INFINITY TOURS, INC.
By their attorneys,

_____
Michael J. St. Andre, BBO#630278
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 8/17/04.

# TUCKER, HEIFETZ & SALTZMAN, LLP

THREE SCHOOL STREET
BOSTON, MASSACHUSETTS 02108
617-557-9696

Michael J. St. Andre
ALSO ADMITTED IN CONNECTICUT

FACSIMILE - 617-227-9191
STANDRE@THS-LAW.COM

August 17, 2004

Office of the Civil Clerk
United States District Court
The District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:  Barbara Percival v. Mariner Motor Lodge, Inc., et al.
     United States District Court
     Civil Action No. 04-11010 PBS

Dear Sir/Madam:

Enclosed please find the following document relative to the captioned matter:

- Answer and Jury Claim of the Defendant in Cross Claim, Infinity Tours, Inc. to the Plaintiff in Cross Claim, Mariner Motor Lodge, Inc.'s Cross Claim.

Kindly file in your usual manner. Thank you in advance for your cooperation.

Very truly yours,

Michael J. St. Andre

MJS/ba
Enclosures
cc:  Joseph G. Abromovitz, Esq.
     Bradley A. MacDonald, Esq.