UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

.                                                                                    Civil Action No. 0411010PBS
_____

BARBARA PERCIVAL,
    Plaintiff

    *v.*

MARINER MOTOR LODGE, INC.,
INFINITY TOURS, INC., AND
P.M.L. GROUP & TOURS, INC.,
    Defendants
_____

## STIPULATION OF DISMISSAL

The parties hereby stipulate that the above matter may be dismissed pursuant to Mass. R.

Civ. P. 41(a)(1)(ii) as to all claims including counterclaims, crossclaims and third party

claims with prejudice and without costs or interest and with all rights of appeal waived.

| PLAINTIFF | DEFENDANT, |
|---|---|
| Barbara Percival | Mariner Motor Lodge |
| By her attorney, | By its attorney, |
| | |
| s/Joseph G. Abromovitz | s/Bradely A. MacDonald |
| Joseph G. Abromowitz | Bradley A. MacDonald |
| 858 Washington Street, Floor 3 | CUMMINGS, KING & MacDONALD |
| Dedham, MA 02026 | One Gateway Center, Suite 351 |
| (781) 329-1080 | Newton, MA  02458 |
| B.B.O. No. 011420 | (617) 630-5100 |
| | B.B.O. No. 310380 |

DEFENDANT                                                                                DEFENDANT

| | |
|---|---|
| Infinity Tours, Inc.<br>By its attorney, | P.M.L. Group & Tours, Inc.<br>By its attorney, |
| _s/Michael J. St. Andre_____<br>Michael J. St. Andre<br>TUCKER, HEIFTZ, & SALTZMAN, LLP<br>Three School Street<br>Boston, MA 02108<br>(617) 557-9696<br>B.B.O. No. 630278 | __s/Ken Whitman_____<br>Ken Whitman<br>P.M.L. GROUP & TOURS<br>525 Rte. 73S, Suite 305B<br>Evesham Township, NJ 08053<br>(800) 803-1213 |

CERTIFICATE OF SERVICE:  I hereby certify that on May 19, 2005, I served the above by first class mail, postage prepaid, on counsel of record.

>Joseph G. Abromovitz, Esq.
>858 Washington St., 3rd Floor
>Dedham, MA 02026

>Michael J. St. Andre
>TUCKER, HEIFTZ, & SALTZMAN, LLP
>Three School Street
>Boston, MA 02108

>Ken Whitman
>P.M.L. Group & Tours, Inc.
>525 Rt. 73S, Suite 305B
>Evesham Township. N.J. 08053

_____
Bradley A. MacDonald, Esq.